UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BIG MONEY EVENTS, LLC                                        CIVIL ACTION

VERSUS                                                       NO. 22-2212

STAKEKINGS, INC.                                             SECTION M (4)

## ORDER & REASONS

Before the Court is a motion by defendant StakeKings, Inc. ("StakeKings") to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.[1] The motion was set for submission on August 25, 2022.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, which deadline in this instance was August 17, 2022. Plaintiff Big Money Events, LLC ("Big Money"), which is represented by counsel, did not file an opposition. Accordingly, because the motion is unopposed and appears to have merit,[3]

IT IS ORDERED that StakeKing's motion to dismiss (R. Doc. 6) is GRANTED, and the complaint is DISMISSED WITHOUT PREJUDICE.

---

[1] R. Doc. 6.
[2] R. Doc. 6-2.
[3] This case involves a purported business contract. Big Money, which runs high-stakes, semi-professional sporting events, filed this action in state court alleging that StakeKings breached a contract under which Big Money agreed to name StakeKings as a sponsor of an event in exchange for an equity share in StakeKings. R. Doc. 1-1. StakeKings removed the action, invoking this Court's diversity subject-matter jurisdiction. R. Doc. 1. StakeKings then filed the instant motion to dismiss arguing that Big Money failed to state a breach-of-contract claim because the parties never executed a written contract, and Big Money did not allege the elements of an oral contract under Louisiana Civil Code article 1846, namely, that there is at least one witness and other corroborating evidence. R. Doc. 6-1 at 6-9. The complaint is devoid of any such allegations. *See* R. Doc 1-1. Accordingly, StakeKing's motion to dismiss is granted.

New Orleans, Louisiana, this 19th day of August, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE